# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  CORA L. RICHTER                                   Case Number: 07-71896
        414 HILTON AVENUE
        ROCKFORD, IL  61107         SSN-xxx-xx-2710

                                           Case filed on:      8/10/2007
                                        Plan Confirmed on:
                        U Dismissed  Unconfirmed

Total funds received and disbursed pursuant to the plan:  $400.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | BRIAN A. HART | 3,500.00 | 3,500.00 | 22.93 | 0.00 |
|  | Total Legal | 3,500.00 | 3,500.00 | 22.93 | 0.00 |
| 999 | CORA L. RICHTER | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | CREDIT ACCEPTANCE CORPORATION | 7,913.14 | 7,913.14 | 0.00 | 350.62 |
|  | Total Secured | 7,913.14 | 7,913.14 | 0.00 | 350.62 |
| 002 | ALLIED BUSINESS ACCOUNTS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | ALLIED BUSINESS ACCOUNTS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | ALLIED BUSINESS ACCOUNTS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | CAPITAL ONE | 1,463.36 | 1,463.36 | 0.00 | 0.00 |
| 006 | COMMONWEALTH EDISON | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | AFNI/VERIZON WIRELESS | 2,727.17 | 2,727.17 | 0.00 | 0.00 |
| 008 | FEDERAL BOND & COLLECTION | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | ECAST SETTLEMENT CORPORATION | 507.80 | 507.80 | 0.00 | 0.00 |
| 010 | HSBC CARD SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | I.C. SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | MARLIN INTEGRATED CAPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | MUTUAL MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | MUTUAL MANAGEMENT SERVICES | 1,989.37 | 1,989.37 | 0.00 | 0.00 |
| 015 | MUTUAL MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | MUTUAL MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | NCO FINANCIAL SYSTEMS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | NICOR GAS | 1,166.24 | 1,166.24 | 0.00 | 0.00 |
| 019 | VATIV RECOVERY SOLUTIONS LLC | 360.02 | 360.02 | 0.00 | 0.00 |
| 020 | ROCK RIVER WATER RECLAMATION | 205.55 | 205.55 | 0.00 | 0.00 |
| 021 | ROCKFORD HEALTH PHYSICIANS | 597.70 | 597.70 | 0.00 | 0.00 |
| 022 | WORLD FINANCE #1055 | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | MIDLAND CREDIT MANAGEMENT INC | 593.37 | 593.37 | 0.00 | 0.00 |
| 024 | ASSET ACCEPTANCE CORP | 552.45 | 552.45 | 0.00 | 0.00 |
| 025 | B-REAL LLC | 611.74 | 611.74 | 0.00 | 0.00 |
| 026 | FORD MOTOR CREDIT CORP | 15,194.67 | 0.00 | 0.00 | 0.00 |
| 027 | FORD MOTOR CREDIT CORP | 15,194.67 | 15,194.67 | 0.00 | 0.00 |
|  | Total Unsecured | 41,164.11 | 25,969.44 | 0.00 | 0.00 |
|  | Grand Total: | 52,577.25 | 37,382.58 | 22.93 | 350.62 |

Total Paid Claimant:       $373.55
Trustee Allowance:         $26.45          Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:    0.00            discharging the trustee and the trustee's surety from any and all
                                           liablility on account of the within proceedings, and closing the estate,
                                           and for such other relief as is just.  Pursuant to FRBP, I hereby
                                           certify that the subject case has been fully administered.

Report Dated:

                                                    /s/ Lydia S. Meyer
                                                   Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 05/14/2008          By  /s/Heather M. Fagan